Cory R. Laird
Jane E. Cowley
Laird Cowley, PLLC
2955 Stockyard Road
Missoula, Montana 59808
Telephone No.: 406-541-7400
Email: claird@lairdcowley.com
jcowley@lairdcowley.com

Attorney for Shelli Frazier

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>RICHARD T. SHEEHAN,<br><br>Debtor. | Case No. 20-20054-7 |
| **SHELLI R. FRAZIER and SHELLI FRAZIER as the Natural Parent and Guardian of D▮▮▮ R. S▮▮▮,**<br><br>Plaintiffs,<br><br>-vs-<br><br>**RICHARD T. SHEEHAN,**<br><br>Defendant(s). | **UNOPPOSED REQUEST TO AMEND COMPLAINT NUNC PRO TUNC**<br><br>Adversary No. 20-02005 |

COMES NOW Shelli R. Frazier, in her individual capacity and as the natural parent and guardian of D.R.S. ("Shelli Frazier"), by and through her counsel of record, and hereby files this Request to Amend Complaint Nunc Pro Tunc as follows:

UNOPPOSED REQUEST TO AMEND COMPLAINT NUNC PRO TUNC       1

The original prayer for relief erroneously requested relief under § 523(a)(2)(A) of the Bankruptcy Code, but as stated in Ms. Frazier's Complaint, she is seeking relief under § 523(a)(6) of the Bankruptcy Code.

Edward A. Murphy, counsel for Richard T. Sheehan, has been contacted concerning this request and has no objection.

DATED this 6th day of August, 2020.

                              LAIRD COWLEY, PLLC

                              By: /s/ *Jane E. Cowley*
                                  Jane E. Cowley
                                  Attorney for Shelli Frazier