Cory R. Laird
Jane E. Cowley
Laird Cowley, PLLC
2955 Stockyard Road
Missoula, Montana 59808
Telephone No.:   406-541-7400
Email:           claird@lairdcowley.com
                 jcowley@lairdcowley.com

Attorney for Shelli Frazier

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>RICHARD T. SHEEHAN,<br><br>Debtor. | Case No. 20-20054-7 |
| **SHELLI R. FRAZIER and SHELLI FRAZIER as the Natural Parent and Guardian of D▬ R. S▬,**<br><br>Plaintiffs,<br><br>-vs-<br><br>**RICHARD T. SHEEHAN,**<br><br>Defendant(s). | **CONSENT TO JURISDICTION**<br><br>Adversary No. 20-02005 |

COMES NOW Shelli R. Frazier, in her individual capacity and as the natural parent and guardian of D.R.S. ("Shelli Frazier"), by and through her counsel of record, and hereby files this notice stating that she knowingly and voluntarily consents to this Court finally adjudicating the claims alleged

in this Adversary Proceeding.

DATED this 6th day of August, 2020.

LAIRD COWLEY, PLLC


By: /s/ *Jane E. Cowley*
     Jane E. Cowley
     Attorney for Shelli Frazier