Edward A. Murphy
MURPHY LAW OFFICES, PLLC
127 N. Higgins, Ste. 207
Missoula, MT 59802
Phone: (406)728-2671
Fax: (866)705-2260
Email: rusty@murphylawoffices.net
Attorney No. 1108
Attorney for Defendant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>RICHARD T. SHEEHAN,<br><br>Debtor. | Case No. 20-20054 |
| SHELLI R. FRAZIER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD T. SHEEHAN,<br><br>Defendant. | Adversary No. 20-02005 |

CONSENT TO ENTRY OF FINAL JUDMGNET

Comes now the Defendant and consents to entry of final judgment in this adversary proceeding by the Bankruptcy Court.

Dated this 7th day of Ausgust, 2020.

MURPHY LAW OFFICES, PLLC

/s/Edward A. Murphy

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I served the foregoing Consent to Entry of Judgment on the 7th day of August, 2020, on the following persons in the manner indicated:

Cory Laird
Jane Cowley
Via ECF

/s/Edward A. Murphy