UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>RICHARD T. SHEEHAN,<br><br>Debtor. | Case No. 20-20054-7<br>Adversary No. 20-02005<br>**ORDER** |
|---|---|

At Butte in said District this 7th day of August, 2020.

Upon review of Plaintiff's Unopposed Request to Amend Complaint Nunc Pro Tunc filed August 6, 2020, and good cause appearing,

IT IS ORDERED that the Unopposed Request filed at ECF No. 12 is granted; and the Complaint to Avoid Discharge of Debt Pursuant to 11 U.S.C. § 523 is amended in the Prayer for Relief as follows:

    A. That this Bankruptcy Court determine that the debt owed to Plaintiffs by Debtor is non-dischargeable pursuant to § 523(a)(6) of the Bankruptcy Code;

All other paragraphs of said Complaint shall remain as stated.

BY THE COURT:

Hon. Benjamin P. Hursh
United States Bankruptcy Court
District of Montana